*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

### MINUTE SHEET

**UNITED STATES OF AMERICA**  **Date:** January 28, 2021

**vs.**  **Case No.:** 21-mj-2002DPR

**COLBY FRONTERHOUSE**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Initial Appearance – Complaint

**Time Commenced:** 11:27 a.m.     **Time Terminated:** 11:30 a.m.

---

### APPEARANCES

**Plaintiff:** Stephanie Wan, AUSA
**USPPTS:** Missy Potter

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Defendant has hired private counsel. Government moves for pretrial detention.

Preliminary Hearing and Detention Hearing set for 2/2/2021 at 10:00 a.m.

Defendant in custody.

---

**Courtroom Deputy/ERO:** Karla Berziel