*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Date: February 2, 2021 |
| vs. | Case No.: 21-mj-2002-DPR |
| **COLBY FRONTERHOUSE** | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Preliminary Hearing
Detention Hearing

**Time Commenced:** 9:57 a.m.     **Time Terminated:** 10:18 a.m.

### APPEARANCES

**Plaintiff:** Stephanie Wan, AUSA
**Defendant:** Erica Mynarich, Retained
**USPPTS:** Missy Potter

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

**Preliminary Hearing:** Court takes notice of the court file which includes a signed affidavit in support of the complaint. No evidence presented with regard to probable cause. Court finds probable cause and orders the matter held for grand jury or other proceedings.

**Detention Hearing:** The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 9). Arguments made regarding Defendant's custody. The Court finds an adequate basis for detention and will issue a written order.

**Custody:** Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel