IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:21-mj-02002-DPR |
| | ) | |
| COLBY FRONTERHOUSE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Defendant, by and through Counsel, Dee Wampler, Joseph S. Passanise and Taylon M. Sumners, of the WAMPLER & PASSANISE LAW OFFICE and requests to withdraw on the grounds that defendant has hired other counsel to represent him in this matter.

Respectfully Submitted,

\_\_/s/Dee Wampler_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
TAYLON M. SUMNERS, MO Bar # 73114
Attorneys for Defendant

WAMPLER & PASSANISE
LAW OFFICE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
joe@deewampler.com
dee@deewampler.com
taylon@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

      I hereby certify that on February 2nd, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

                                                               /s/Dee Wampler  
                                                               Dee Wampler  
                                                               Joseph S. Passanise  
                                                               Taylon M. Sumners  
                                                               Attorneys for Defendant