# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Criminal Action No. |
| | ) 21-MJ-2002-DPR |
| COLBY FRONTERHOUSE, | ) |
| Defendant. | ) |

## ORDER

After the United States moved for pretrial detention, a hearing was held in this matter pursuant to 18 U.S.C. § 3142(f). The defendant was present personally and was represented by counsel Erica Mynarich, attorney at law. The United States was represented by Stephanie Wan, Assistant United States Attorney.

A complaint and supporting affidavit have been filed in this case alleging that the defendant committed an offense involving a minor victim. The affidavit supports a finding of probable cause that the offense charged was committed by this defendant. There exists therefore a rebuttable presumption that there are no conditions which would reasonably assure appearances at all proceedings, as required, and the safety of other persons and/or the community. *See* 18 U.S.C. § 3142(e)(3)(E). Based on the evidence presented at the hearing, there are no conditions that the Court can impose that would reasonably assure the safety of other persons or the community.

The factors to be considered by the Court in determining whether the defendant should be detained pending trial are enumerated in section 3142(g). The Court has already noted that this case involves a minor victim. The evidence at the detention hearing established that the weight of the evidence against the defendant is overwhelming.

Regarding potential danger to the community, the Court notes the nature of the instant offense and that the charge involves sexual exploitation, a child, and use of text messaging to facilitate the alleged offense. The Court notes safety concerns for the alleged victim and the community.

The evidence at the detention hearing established that the defendant enticed the minor victim through deceit to provide nude images of the minor victim. The defendant abused a position of trust as an Assistant Principal at Nixa Junior High School and the evidence suggests that the defendant accessed the victim's cell phone number in the school records database.

Based on all the foregoing, the Court finds by clear and convincing evidence that the defendant is a danger to the community.

**IT IS THEREFORE ORDERED** that the defendant be and is hereby detained without bail.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel. On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**DATED: February 11, 2021**

*/s/ David P. Rush*
**DAVID P. RUSH**
**UNITED STATES MAGISTRATE JUDGE**